**Motion Granted; Cross-Appeal Dismissed and Order filed April 2, 2015.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-14-00664-CV

## IN THE GUARDIANSHIP OF JOHN D. BURLEY, AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 424,791**

## ORDER

On August 6, 2014, Jan Cowan, Guardian of the Person and Estate of John D. Burley, filed a notice of appeal from an order signed July 14, 2014, granting an application for payment of legal fees and expenses. On September 25, 2014, Kellie Black filed a notice of cross-appeal from the same order. On March 26, 2015, Kellie Black filed a motion to dismiss her cross-appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the cross-appeal filed by Kellie Black is ordered dismissed. The appeal filed by Jan Cowan, Guardian of the Person and Estate of John D. Burley, remains pending before the court.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.